No. 09-1290. Ramona D. Taylor, Petitioner v. Judicial Inquiry and Review Commission of Virginia.

560 U.S. 953, 130 S. Ct. 3396, 177 L. Ed. 2d 304, 2010 U.S. LEXIS 4645.

June 7, 2010. Petition for writ of certiorari to the Supreme Court of Virginia denied.

Same case below, 278 Va. 699, 685 S.E.2d 51.